

# THE STATE OF TEXAS
## MANDATE

TO THE 124TH DISTRICT COURT OF GREGG COUNTY, GREETINGS:

Before the Court of Appeals for the Sixth Court of Appeals District of Texas, on the 13th day of February, A.D. 2015, the cause upon appeal to revise or reverse your Judgment was determined; and therein our said Court made its order in these words:

Marisol Priego, Appellant                               No. 06-14-00008-CR

                    v.                                  Trial Court No. 41,399-B

The State of Texas, Appellee


As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.  Therefore, we modify the trial court's judgment to delete from it the letters "TBD" and substituting an assessment of zero attorney fees.  As modified, the judgment of the trial court is affirmed.

We note that the appellant, Marisol Priego, has adequately indicated her inability to pay costs of appeal.  Therefore, we waive payment of costs.

WHEREFORE, WE COMMAND YOU to observe the order of our said Court in this behalf, and in all things to have it duly recognized, obeyed, and executed.

WITNESS, the Hon. Josh R. Morriss, III, Chief Justice of our said Court of Appeals, with the seal thereof annexed, at the City of Texarkana, this the 1st day of July, A.D. 2015.

DEBRA K. AUTREY, Clerk

*Debbie Autrey*